336 A.2d 594

**COMMONWEALTH of Pennsylvania**

v.

**Helen BOONE, Appellant.**

Supreme Court of Pennsylvania.

Argued April 7, 1975.

Decided April 29, 1975.

Richard F. Furia, Philadelphia, for appellant.

E. Emmett Fitzpatrick, Jr., Dist. Atty., Steven H. Goldblatt, Asst. Dist. Atty., Chief, Appeals Div., Marianne E. Cox, Philadelphia, for appellee.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

## ORDER

PER CURIAM.

Pursuant to an oral stipulation of the parties at argument, the case is remanded to the trial court for correction of the record. This Court retains jurisdiction for further proceedings after the record is corrected, at which time the case will again be listed for argument.